NO. 24-1041

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

SIERRA CLUB, INC.; CONSERVATION LAW FOUNDATION, INC.,

*Plaintiffs-Appellants*,

v.

GRANITE SHORE POWER LLC; GSP MERRIMACK LLC,

*Defendants-Appellees*,

PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, D/B/A
EVERSOURCE ENERGY,

*Defendant.*

On Appeal from the United States District Court
for the District of New Hampshire

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

Plaintiffs-Appellants Sierra Club, Inc. and Conservation Law Foundation, Inc., and Defendants-Appellees Granite Shore Power LLC and GSP Merrimack LLC,[1] submit the following status report and respectfully request an additional stay of these proceedings and all deadlines in this appeal for 30 days.

The parties are still engaged in discussions that may obviate the need for these proceedings, and believe they have made substantial progress towards that goal. The parties accordingly request a further stay to give time and space for those discussions to continue without unduly burdening the District Court, this Court, or the parties with transcript requests or any other potentially unnecessary work while the parties continue to attempt to resolve the matter.

None of the parties to this matter will be prejudiced if the relief requested is granted.

## Conclusion

---

[1] By a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dated February 20, 2020, Public Service Company of New Hampshire d/b/a Eversource Energy ("PSNH") was dismissed from the action in the District Court. As a result of the dismissal, PSNH is no longer a party to the underlying action.

For the foregoing reasons, the Parties respectfully request that this Court enter an order:

(A) Staying all deadlines in this appeal for a further 30 days; and

(B) Granting such further relief as may be appropriate.

Respectfully submitted,

SIERRA CLUB, INC. and CONSERVATION LAW FOUNDATION, INC.

| | |
|---|---|
| */s/ Zachary M. Fabish* | */s/ Tom Irwin* |
| Zachary M. Fabish | Tom Irwin |
| Sierra Club | Conservation Law Foundation |
| 50 F St NW, 8th Floor | 27 North Main Street |
| Washington, DC 20001 | Concord, NH 03301-4930 |
| 650-388-8446 | 603-573-9139 |
| zachary.fabish@sierraclub.org | tirwin@clf.org |
| | |
| *Counsel for Sierra Club* | *Counsel for Conservation Law Foundation* |

GRANITE SHORE POWER COMPANY AND GSP MERRIMACK LLC

By their attorneys,

McLANE MIDDLETON, P.A.

*/s/ Wilbur A. Glahn, III*
Wilbur A. Glahn, III, Bar No. 1037202 Wilbur.glahn@mclane.com
Jennifer L. Parent, Bar No. 42897 Jennifer.parent@mclane.com
Amanda E. Quinlan, Bar No. 1207875 Amanda.quinlan@mclane.com
900 Elm Street, P.O. Box 326
Manchester, NH 03105
(603) 625-6464

Filed: March 18, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, I served the foregoing document by filing through this Court's electronic filing system and by sending electronically to all counsel of record.


Dated: March 18, 2024

/s/ *Zachary M. Fabish*
Zachary M. Fabish
Counsel for Sierra Club