NO. 24-1041

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

SIERRA CLUB, INC.; CONSERVATION LAW FOUNDATION, INC.,

*Plaintiffs-Appellants*,

v.

GRANITE SHORE POWER LLC; GSP MERRIMACK LLC,

*Defendants-Appellees*,

PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, D/B/A
EVERSOURCE ENERGY,

*Defendant*.

On Appeal from the United States District Court
for the District of New Hampshire

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE
PURSUANT TO FED. R. APP. P. 42(b)**

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. APP. P. 42(b)

Plaintiffs-Appellants Sierra Club, Inc. and Conservation Law Foundation, Inc. move for dismissal with prejudice of the above-captioned proceedings, pursuant to Fed. R. App. P. 42(b).

The parties have concluded discussions and reached an agreement that has obviated the need for these proceedings, and thus Plaintiffs-Appellants accordingly request that this action be dismissed.

Defendants-Appellees Granite Shore Power LLC and GSP Merrimack LLC[1] do not oppose this motion or the relief requested; further, none of the parties to this matter will be prejudiced if the relief requested is granted. Each party shall bear its own costs and fees, including, without limitation, attorneys' fees.

### Conclusion

For the foregoing reasons, the Parties respectfully request that this Court enter an order:

(A) Dismissing with prejudice this action; and,

---

[1] By a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dated February 20, 2020, Public Service Company of New Hampshire d/b/a Eversource Energy ("PSNH") was dismissed from the action in the District Court. As a result of the dismissal, PSNH is no longer a party to the underlying action.

(B) Granting such further relief as may be appropriate.

Respectfully submitted,

SIERRA CLUB, INC. and CONSERVATION LAW FOUNDATION, INC.

/s/ Zachary M. Fabish
Zachary M. Fabish
Sierra Club
50 F St NW, 8th Floor
Washington, DC 20001
650-388-8446
zachary.fabish@sierraclub.org

*Counsel for Sierra Club*

/s/ Thomas F. Irwin
Thomas F. Irwin
Conservation Law Foundation
27 North Main Street
Concord, NH 03301-4930
603-573-9139
tirwin@clf.org

*Counsel for Conservation Law Foundation*

Filed: April 3, 2024

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This document complies with Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac version 16.78.3 in a 14-point Times New Roman font.

This document complies with Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 188 words.

Dated: April 3, 2024

/s/ Zachary M. Fabish
Zachary M. Fabish
Counsel for Sierra Club

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I served the foregoing document by filing through this Court's electronic filing system and by sending electronically to all counsel of record.

Dated: April 3, 2024

/s/ Zachary M. Fabish
Zachary M. Fabish
Counsel for Sierra Club